IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CR439** |
| vs. | ) | |
| | ) | **ORDER** |
| **VINCENTE PONCE-HERRERA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion [15] of Julie B. Hansen for leave to withdraw as counsel for the defendant. Substitute counsel, Ernest H. Addision, Jr., has entered an entry of appearance [12].

**IT IS ORDERED:**

1. The Motion to Withdraw as Attorney of Record [15] is granted, and the appearance of Julie B. Hansen is hereby deemed withdrawn

2. The provisions and deadlines set in the [14] remain in effect.

**DATED January 18, 2008.**

                                          **BY THE COURT:**

                                          **s/ F.A. Gossett**
                                          **United States Magistrate Judge**